# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20CR00017-KDB-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| **HERON CARBALLO LIMON,** ) | |
| ) | |
| **Defendant.** ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **HERON CARBALLO LIMON**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 12, 2021

Kenneth D. Bell
United States District Judge